

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **1:25-cr-00461** |
| | ) | **Judge Rebecca R. Pallmeyer** |
| v. | ) No. | **Judge Jeannice W. Appenteng** |
| | ) | **RANDOM / Cat. 4** |
| | ) | Violation: Title 18, United States |
| PURNELL HILL | ) | Code, Section 922(g)(1) |

The SPECIAL APRIL 2024 GRAND JURY charges:

On or about June 17, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

PURNELL HILL,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Taurus PT111 Millennium G2 9 millimeter semi-automatic pistol, bearing serial number TIM20336, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The SPECIAL APRIL 2024 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Taurus PT111 Millennium G2 9 millimeter semi-automatic pistol, bearing serial number TIM20336, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY